
Cmml

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> Mary Jane BAUTISTA ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ3986 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii)- <br> Bringing in Unlawful Alien(s) for <br> Financial Gain |

The undersigned complainant being duly sworn states:

On or about October 5, 2021, within the Southern District of California, Defendant Mary Jane BAUTISTA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, A.C.V., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October 6th 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that A.C.V., is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On October 5, 2021, at approximately 2:07 A.M., Mary Jane BAUTISTA (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the Otay Mesa, California Port of Entry as the driver of a Chrysler Town and Country vehicle. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a Passport book for herself and Passport card bearing the name B.S.B. (XXXXX0213) for the minor passenger and stated she was going to San Fernando, California. The CBP Officer noticed facial feature discrepancies between the minor passenger and the passport presented. The CBP Officer asked Defendant her relationship to the minor and she stated, "my child". The CBP Officer asked Defendant if she had any photos of her child and she replied "no". Upon conducting primary queries, The CBP Officer received a computer-generated alert for prior smuggling apprehensions. The CBP Officer referred Defendant and the minor passenger to secondary inspection.

In secondary inspection, CBP Officers approached Defendant's vehicle and attempted to make contact with the minor but were unable to wake her up. After letting the minor rest on a bench for a short while, an attempt to talk to her was made and she was unable to keep her eyes open or sit up on her own. The minor began slurring "I'm falling over" in Spanish. A CBP Officer that was sitting with the minor, asked her what her true name is and the minor responded in Spanish, "My real name?". The CBP Officer said yes and the minor slurred her true name. The minor was later identified as A.C.V. (Material Witness) and determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

During a video-recorded interview, Material Witness stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her grandfather made all the smuggling arrangements. Material Witness stated she did not know where in the United States she was going. Material Witness stated while at a house in Tijuana, Mexico, she was given a pill and was told to suck on it and does not remember what happened after taking the pill.

On November 4, 2020, Defendant was apprehended attempting to smuggle an individual using her daughter's birth certificate. During interview, Defendant stated she was going to be paid $4,000 USD to smuggle the individual and take her to Santa Barbra, California.